■ In the Matter of TRUDY A. NOWAK, an Attorney, Resignor. [38 NYS3d 823]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Aug. 1, 2016.)

■ In the Matter of DAVID A. WESTBROOK, an Attorney, Resignor. [38 NYS3d 492]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Aug. 16, 2016.)

■ In the Matter of NANCY S. SIMMONDS, an Attorney, Resignor. [38 NYS3d 824]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Aug. 16, 2016.)

■ In the Matter of JOHN RICHARD COLBERT, an Attorney, Resignor. [38 NYS3d 493]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Aug. 29, 2016.)

■ In the Matter of SYBIL A. WARD, an Attorney, Resignor. [38 NYS3d 824]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Aug. 29, 2016.)

■ In the Matter of JAMES B. GRAY, JR., an Attorney, Resignor. [38 NYS3d 824]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Sept. 6, 2016.)

■ In the Matter of JAMES MARVIN DUNGAN, an Attorney, Resignor. [38 NYS3d 495]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Sept. 6, 2016.)

■ In the Matter of ADRIENNE ROBERTO, an Attorney, Resignor. [38 NYS3d 507]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Sept. 6, 2016.)

■ In the Matter of ROBERT HULL, an Attorney, Resignor. [38 NYS3d 828]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Sept. 21, 2016.)